No. 85–7036. PIRROTTA *v.* MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 85–7037. TURNER *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 85–7038. LEWIS *v.* LEHMAN, SECRETARY OF THE NAVY (two cases). C. A. 4th Cir. Certiorari denied.

No. 85–7039. GAYLE *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 85–7040. JOHNS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 85–7041. BONAPARTE *v.* HAHN, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–7042. EITEL *v.* BALDWIN. Sup. Ct. Alaska. Certiorari denied.

No. 85–7043. HARRIS *v.* J. G. W. ASSOCIATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–7044. GARAUX *v.* VASQUEZ, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–7045. MUMFORD *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 85–7047. COLBERT *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 85–7048. BRYNER *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 85–7049. PROVENS *v.* NEY. C. A. 6th Cir. Certiorari denied.

No. 85–7051. CAPPS *v.* N. L. BAROID-NL INDUSTRIES, INC. C. A. 5th Cir. Certiorari denied.

No. 85–7053. MAZZONE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.